JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHEN VANN HEFLIN, | Case No. CV 20-1569 FMO (AFMx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| REGIS CAPITAL GROUP, et al., | |
| Defendants. | |

    IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 31st day of March, 2020.

 

                                                                 /s/
                                          Fernando M. Olguin
                                    United States District Judge